UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-61096 - Civ (_____)

HM West 4th Holdings LLC,

    Plaintiff

vs.

Joint Properties Corp.,

    Defendant.

_____/

### COMPLAINT

Plaintiff HM West 4th Holdings LLC ("HM West"), by and through its counsel, Blank Rome LLP, as and for its Complaint for Breach of Contract, Specific Performance, and Quantum Meruit against defendant Joint Properties Corp. ("JPC"), alleges as follows:

### NATURE OF THE ACTION

1. This is a breach of contract action seeking specific performance of an agreement to purchase JPC's 25 percent partnership interest in Estrella Enterprises ("Estrella"), a Florida general partnership that owns certain real property located at 2525 W. 4th Avenue, Hialeah, Florida (the "Property"). Despite demand, JPC has refused to close on the $1.6 million sale and has repudiated its contractual obligations. HM West has performed its obligations and stands ready, willing, and able to close. HM West seeks specific performance of the purchase agreement, plus consequential damages and attorney's fees and costs incurred in connection with enforcement. JPC's actions have prevented HM West from taking actions to protect the Property and prevent waste, including with regard to tenant's ongoing failure to pay rent.

## THE PARTIES

2. HM West is a Delaware limited liability company. Its ultimate parents and trustees are citizens of New Jersey.

3. Defendant JPC is a Florida corporation with its principal place of business in the State of Florida.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 based upon diversity of citizenship. HM West is deemed a citizen of New Jersey, and defendant JPC is a citizen of Florida. The amount in controversy herein exceeds $75,000, exclusive of interest and costs.

5. This Court has personal jurisdiction over JPC under the terms of the Purchase Agreement, and a substantial portion of the events giving rise to this dispute took place in this District.

6  Venue is proper in this District pursuant to 28 U.S.C. § 1391 because JPC is subject to personal jurisdiction here.

## FACTUAL BACKGROUND

7. On or about April 14, 2022, HM West and JPC executed that certain Partnership Interest Purchase and Sale Agreement ("Purchase Agreement"), pursuant to which HM West agreed to purchase JPC's 25 percent partnership interest in Estrella for a purchase price of $1.6 million. A true and correct copy of the Purchase Agreement is attached hereto as Exhibit 1.

8. The Purchase Agreement contains a merger clause confirming that the Purchase Agreement supersedes all prior agreements and understandings between the parties relating to the Transaction. (Ex. 1 § 12(f).) The Purchase Agreement confirms that it may only be amended or modified by a written instrument executed by both parties. (*Id.* § 12(d).) It also bars JPC

from joining or asserting any litigation concerning the partnership, any other partner of the partnership, or the Property's tenant. (*Id.* § 10(d).)

9. Due diligence closed on May 31, 2022. Accordingly, HM West's counsel gave notice of a June 15, 2022 closing date per Section 10(a) of the Purchase Agreement, which sets the closing date as 15 days after expiration of the due diligence period, and began circulating closing documents. JPC's transactional counsel responded by stating that the file had been referred to "litigation counsel." HM West confirmed that it was proceeding to closing per the binding Purchase Agreement and expected JPC to do likewise.

10. HM West has fully performed all of its pre-closing obligations under the Purchase Agreement, including depositing earnest money required per Section 2(b) of the Purchase Agreement with the designated escrow agent. (Ex. 1 § 2(b).) HM West has the balance of the purchase price available and is ready, willing, and able to close.

11. To date, despite demand, JPC has refused to close or even confirm a closing date—which, per the Purchase Agreement, must be no later than June 15th—and has stated they are investigating "certain issues/representations." In sum, JPC has repudiated the Purchase Agreement.

12. JPC's refusal to close on the sale of the partnership interest has interfered with HM West's efforts to enforce Estrella's rights and prevent waste, including without limitation with regard to the Property tenant's refusal to pay rent.

## COUNT I
**(Breach of Contract and Specific Performance)**

13. HM West repeats and repleads each allegation set forth in the preceding Paragraphs and incorporates them by reference herein.

14. The Purchase Agreement constitutes a valid and binding contract between HM West and JPC.

15. HM West has duly performed its obligations under the Purchase Agreement and stands ready, willing, and able to close on the purchase of JPC's interests in Estrella.

16. JPC has repudiated and breached the Purchase Agreement by refusing to close or cooperate with the closing.

17. HM West is entitled to specific performance of the Purchase Agreement, plus recovery its attorney's fees and costs in enforcing the Purchase Agreement pursuant to Section 12(g).

18. In addition, HM West has suffered money damages in an amount in excess of $75,000 stemming from JPC's breach. These damages include, without limitation, consequential damages stemming from JPC's interference with HM West's acquisition of a majority interest in Estrella and prevention of waste and the tenant's ongoing refusal to pay rent, as well as damages stemming from the loss of potential distributions.

19. HM West is entitled to preliminary injunctive relief enjoining JPC from taking any distributions from Estrella, interfering with HM West, selling its 25 percent partnership interest, or commencing any suit against Estrella, any partner thereof, or the tenant during the pendency of this suit.

## COUNT II
### (Quantum Meruit, in the Alternative to Count I)

20. HM West repeats and repleads each allegation set forth in the Factual Background Paragraphs and incorporates them by reference herein.

21. Pleading in the alternative, if the Purchase Agreement is for any reason determined not to be a binding contract, HM West has conferred benefits on JPC by performing its obligations

under the Purchase Agreement, including without limitation paying a deposit and performing due diligence as set forth in the Purchase Agreement.

22. JPC has knowledge of the foregoing benefits conferred upon it by HM West.

23. JPC accepted and retained the foregoing benefits conferred upon it by HM West.

24. Under the circumstances, it would be inequitable for JPM to retain the benefits conferred upon it by HM West without paying HM West the fair value of those benefits.

## **PRAYER FOR RELIEF**

WHEREFORE, HM West respectfully prays that this Court:

(a) Enter judgment for HM West and against JPC on Count I or, in the alternative, Count II;

(b) Order specific performance of the Purchase Agreement by JPC;

(c) Enjoin JPC from interfering with HM West, taking distributions from Estrella, selling its partnership interest during the pendency of this suit, or pursuing any litigation relating to the partnership Estrella, any partner of Estrella, or the tenant;

(d) Award HM West compensatory damages and consequential damages in an amount to be determined at trial;

(e) Award HM West attorneys' fees, costs, and expenses under the Purchase Agreement or as otherwise permitted by law; and

(f) Award HM West such other and further relief as the Court may deem equitable, just, and proper.

Dated: June 8, 2022                            Respectfully submitted,

<div style="margin-left: 50%;">

s/Maria K. Vigilante
Nicole R. Topper (Florida Bar No. 558591)
Maria K. Vigilante (Florida Bar No. 98822)
Nicole.topper@blankrome.com
Maria.vigilante@blankrome.com
BLANK ROME LLP
500 E. Broward Blvd., #2100
Fort Lauderdale, FL  33394
Phone:  954-512-1800
Fax:  813-533-5564

William J. Dorsey *upon pro hac vice admission*
William.dorsey@blankrome.com
BLANK ROME LLP
444 W. Lake Street, Suite 1650
Chicago, Illinois 60606
Phone: 312-776-2600

*Attorneys for Plaintiff, HM West 4th Holdings LLC*

</div>